In the Matter of the Estate of ARTHUR J. McCULLOUGH, Deceased. EMANUELE TROTTA et al., Individually and as Members of the Firm of TROTTA & SPATA, Appellants; ELIZABETH GUINAN, as Executrix of ARTHUR J. McCULLOUGH, Deceased, Respondent.— In a proceeding pursuant to section 231-a of the Surrogate's Court Act, the appeal is from a decree of the Surrogate's Court, Suffolk County, fixing the amount of appellants' compensation for services rendered to the estate and directing a refund of excess payments. Decree unanimously affirmed, with costs to respondent, payable by appellants personally, and without prejudice to any rights appellants may have to recover compensation for services apart from those described in items I, II, III and V of the schedule of services rendered and apart from any other services rendered to the estate or its representative. No opinion. Present — Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ. [14 Misc 2d 769.]

In the Matter of ARTHUR SILBERMAN, Respondent, against ROBERT C. WEAVER, as State Rent Administrator, Appellant.— In a proceeding to review a determination of the State Rent Administrator denying a protest to an order of a Local Rent Administrator which denied an application for decontrol, the appeal is from an order annulling the determination and directing the issuance of a decontrol order. The housing accommodation sought to be decontrolled is located on the third floor of a legal three-family dwelling which was formerly a two-family dwelling. Order reversed, with costs, and proceeding dismissed, without costs. The evidence fails to establish that the alteration and remodeling of the third floor resulted in additional housing accommodations as referred to in section 11 of the State Rent and Eviction Regulations. (See *Matter of Straker* v. *Weaver,* 9 A D 2d 695; *Matter of Phillips* v. *Weaver,* 7 A D 2d 927; *Matter of Goldner* v. *Abrams,* 2 A D 2d 763.) Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

KRAHAM REALTY, INC., Appellant, v. WALTER L. ROTHSCHILD, Respondent.— In an action by a real estate broker against a cobroker to recover damages measured by half of the commissions earned from a transaction which the cobroker, in his capacity as purchaser, refused to consummate, the appeal is from a judgment entered on an order which granted a motion for summary judgment dismissing the complaint and an order resettling the original order. The notice of appeal states that appellant brings up both orders for review. Resettled order and judgment unanimously affirmed, with one bill of $10 costs and disbursements. No opinion. Appeal from original order dismissed, without costs. No such order is printed in the record. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ.